IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **CYNTHIA DIANE STANLEY** | § | |
| | § | |
| vs. | § | **CIVIL ACTION NO. 6:22cv292** |
| | § | |
| **COMMISSIONER, SOCIAL** | § | |
| **SECURITY ADMINISTRATION** | § | |

## REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Plaintiff initiated this lawsuit by filing a complaint seeking judicial review of the Commissioner's decision denying her application for Social Security benefits. The Commissioner filed a Motion for Remand (ECF 13). Plaintiff filed a response (ECF 14) stating that the motion is unopposed. The Court recommends that the motion to remand be **GRANTED** and that the matter be **REMANDED** to the Commissioner for further administrative proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g).

At this stage of the proceedings, the Commissioner has not filed an answer. Instead, the Commissioner filed the present motion seeking a remand pursuant to the sixth sentence of 42 U.S.C. § 405(g), which provides in pertinent part:

> The court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files the Commissioner's answer, remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security . . .

The Commissioner explains that the recording of the administrative hearing is inaudible. The Commissioner seeks a remand from this Court so the Appeals Council can remand the case to an Administrative Law Judge for a *de novo* hearing.

## RECOMMENDATION

It is hereby **RECOMMENDED** that the Motion for Remand (ECF 13) be **GRANTED**. The matter should be **REMANDED** to the Commissioner for further administrative proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g).

Within fourteen days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings and recommendations of the magistrate judge. 28 U.S.C. § 636(b).

A party's failure to file written objections to the findings, conclusions and recommendations contained in this Report within fourteen days after service shall bar that party from *de novo* review by the district judge of those findings, conclusions and recommendations and, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted and adopted by the district court. *Douglass v. United Servs. Auto. Assn.*, 79 F.3d 1415, 1430 (5th Cir.1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

So ORDERED and SIGNED this 5th day of January, 2023.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE